# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

REGINA E. RACKSON, Personal     \*
Representative of the Estate of
MICHAEL S. RACKSON     \*

       Plaintiff,     \*     Civil Action: 1:93-cv-01790

v.     \*

KEENE BUILDING PRODUCTS     \*
CORPORATION, et al
     \*

       Defendants.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF WITHDRAWAL

     Please withdraw the appearance of Paul H. Aloe on behalf of Defendant Rapid-American Corporation, in the above-referenced action. Stephen A. Marshall and Sonnenschein, Nath & Rosenthal LLP, and M. King Hill and Venable LLP, will continue to appear on behalf of Defendant Rapid-American Corporation and receive notice of all pleadings, in the above-reference action.

           Respectfully Submitted,

           */s/ Paul H. Aloe*
           Paul H. Aloe
           KUDMAN TRACHTEN LLP
           350 Fifth Avenue, Suite 4400
           New York, New York 10118
           212-868-1010
           paloe@kudmanlaw.com

           */s/ Stephen A. Marshall*
           Stephen A. Marshall
           SONNENSCHEIN, NATH & ROSENTHAL, LLP
           1221 Avenue of the Americas, 25th Floor
           New York, New York 10020-1089
           212-768-6700
           smarshall@sonnenschein.com

*/s/ M. King Hill, III*
M. KING HILL, III
Venable LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517
(410) 494-6200
mkhill@venable.com

*Attorneys for Rapid-American Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2007, a copy of the foregoing Notice of Withdrawal was electronically filed and served on all counsel of record, pursuant to Local Rule of Civil Procedure 102.

*/s/ M. King Hill, III*
M. KING HILL, III

246676